```
         IN THE UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**PROTECTIVE LIFE INSURANCE COMPANY,**

      **Plaintiff,**

   v.                                                    **CIVIL NO. 2:22-CV-1**
                                                                         (KLEEH)

**BRENDA LYNN MOLL,
DEBRA KIMBLE, and
JOSEPH KIMBLE,**

      **Defendants, and**

**DEBRA KIMBLE and
JOSEPH KIMBLE,**

      **Cross-Claimants,**

   v.

**BRENDA LYNN MOLL,**

      **Cross-Defendant.**

## ORDER GRANTING MOTIONS FOR DEFAULT JUDGMENT

On January 27, 2022, Plaintiff Protective Life Insurance Company ("Protective") filed a Complaint against Debra Lynn Moll ("Moll"), Debra Kimble, and Joseph Kimble (together, the "Kimbles"). On February 18, 2022, the Kimbles filed an Answer and a Cross-Claim against Moll. Moll has failed to respond to any of the allegations against her or otherwise appear in this case. Both Protective and the Kimbles filed motions for default judgment. The Court held a hearing on the motions on April 25, 2022.

## ORDER GRANTING MOTIONS FOR DEFAULT JUDGMENT

The case stemmed from a dispute as to the proper beneficiary of a life insurance policy (the "Policy") issued by Protective to the decedent, Barbara Ann Connor.  At issue are proceeds in the amount of $30,000.00 (the "Proceeds").  For the reasons cited in the parties' motions and discussed on the record during the hearing, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, the Court **GRANTS** both parties' motions for default judgment [ECF Nos. 9, 12, 13].  The Court **FINDS** and **ORDERS** as follows:

- The Kimbles are the legal beneficiaries under the Policy and are entitled to the Proceeds;

- Protective shall deposit the Proceeds ($30,000.00) into the Court's Registry via certified check or money order sent to the Clerk's office in Elkins;

- The Clerk is directed to issue the Proceeds ($30,000.00) to counsel for the Kimbles: J. David Judy, III, at P.O. Box 636, Moorefield, West Virginia, 26836;

- Upon deposit of the Proceeds, Protective is discharged from any and all liability with respect to, affecting, or in any way arising from the Policy;

- Upon deposit of the Proceeds, Moll and the Kimbles, and anyone acting directly or indirectly on their behalf, are permanently enjoined from instituting or prosecuting any other proceeding, arbitration, or lawsuit against Protective (or predecessor Interstate Insurance Company) with respect to the Proceeds, the Policy, and any and all claims that were or could have been raised in this

action against Protective;

- Any person not yet joined as a party to this action who may make a claim for, or be entitled to, the Proceeds is joined and subject to the paragraph directly above;

- The Clerk shall enter a separate judgment order; and

- This civil action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's active docket.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record.

DATED: May 2, 2022

*Tom S Kleeh*

THOMAS S. KLEEH, CHIEF JUDGE
NORTHERN DISTRICT OF WEST VIRGINIA