# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| Protective Life Insurance Company, <br> *Plaintiff(s)* <br> v. <br> Brenda Lynn Moll, Debra Kimble, Joseph Kimble <br> *Defendant(s)* | Civil Action No. 2:22cv1 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that:

☐ Judgment award   ☐ Judgment costs   ☒ Other

other: The Court grants both parties' motions for default judgment and finds the Kimbles are the legal beneficiaries under the policy.

This action was:

☐ tried by jury   ☐ tried by judge   ☒ decided by judge

decided by Judge Thomas S. Kleeh

Date: May 2, 2022

*CLERK OF COURT*
Cheryl Dean Riley
by: J. Schoonover, Deputy Clerk

*Signature of Clerk or Deputy Clerk*